Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Jackson D. Morgus (SBN 318453)
E-mail: jmorgus@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants ALAMEDA COUNTY SHERIFF'S OFFICE (erroneously named as ALAMEDA COUNTY SHERIFF'S DEPARTMENT) and CAPT. TYA M. MODESTE (erroneously named and sued as SGT. TYA MODESTE)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BARROCA and RAELYNN GOMES,<br><br>Plaintiffs,<br><br>v.<br><br>HAYWARD AREA RECREATION AND PARKS DISTRICT, ALAMEDA COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | Case No. 3:25-cv-00440-VC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ALAMEDA COUNTY DEFENDANTS' AMENDED MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>*Filed concurrently with Notice of Motion & Amended Motion; Declaration of Dwyane Witherspoon; and [Proposed] Order*<br><br>Judge:  Hon. Vince Chhabria<br>Date:   May 15, 2025<br>Time:   10:00 A.M.<br>Crtrm.:  4<br><br>Trial Date:   TBD |

Defendants ALAMEDA COUNTY SHERIFF'S OFFICE and CAPT. TYA M. MODESTE (hereinafter collectively "Alameda County Defendants") hereby request, pursuant to Federal Rules of Evidence, Rule 201(b)(2), that the Court take Judicial Notice of the following official records and documents. Judicial notice is appropriate where the fact at issue is "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). A court must take judicial notice "if a party

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4926-3777-8474 v1

1

Case No. 3:25-cv-00440-VC
REQ FOR JUDICIAL NOTICE ISO COUNTY DEFTS' AMENDED MOTION TO DISMISS

1  requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

2  Alameda County Defendants respectfully request that the Court take judicial notice of
3  Plaintiffs Robert Barroca and Raelynn Gomes each having failed to submit a claim for damages
4  pursuant to the Government Tort Claims Act.  The contemporaneously filed declaration of
5  Dwayne Witherspoon establishes that Plaintiffs never submitted a claim for damages pursuant to
6  the Government Tort Claims Act.

7  The Northern District regularly take judicial notice of not only Government Claims
8  presented by Plaintiffs, and their notice of denial. See L.S. v. City of Oakland, No. C 09-03004
9  CW, 2009 WL 4705424, at *2 (N.D. Cal. Dec. 2, 2009) (Defendant's request for judicial notice
10 included the claims and notice of denial that was served on Plaintiff).  The Northern District also
11 take notice of the contents of tort claims. See Cook v. Cnty. of Contra Costa, No. 15-CV-05099-
12 TEH, 2016 WL 913395, at *3 (N.D. Cal. Mar. 10, 2016) (holding that the Court may judicially
13 notice "adjudicative facts" that are "not subject to reasonable dispute").  Northern District Courts
14 routinely take judicial notice of Tort Claims in connection with motions to dismiss. See
15 Ramachandran v. City of Los Altos, 359 F. Supp. 3d 801, 811–12 (N.D. Cal. 2019); Ciria v. City
16 & Cnty. of San Francisco, No. 4:23-CV-02796-KAW, 2024 WL 735128, at *4 (N.D. Cal. Feb. 22,
17 2024) (the government tort claim can be incorporated by reference when it "forms the basis of the
18 plaintiff's claim").  Thus, whether the Plaintiffs submitted a claim for damages pursuant to the
19 Government Tort Claims Act and the date on which the alleged injuries or damages occurred
20 meets the requirements of Rule 201(b)(2) of the Federal Rules of Evidence, and, therefore,
21 Defendants respectfully urge that the Court must take judicial notice of it pursuant to Rule
22 201(c)(2) of the Federal Rules of Evidence.

23 Dated:  March 18, 2025                     BURKE, WILLIAMS & SORENSEN, LLP

By:     /s/ Jackson D. Morgus
         Gregory B. Thomas
         Jackson D. Morgus
         Attorneys for Defendants ALAMEDA
         COUNTY SHERIFF'S OFFICE and SGT.
         TYA MODESTE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4926-3777-8474 v1                2                Case No. 3:25-cv-00440-VC
                                                  REQ FOR JUDICIAL NOTICE ISO COUNTY
                                                  DEFTS' AMENDED MOTION TO DISMISS