UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROBERT BARROCA,<br><br>Petitioner. | Case No. 25-mc-80214-LJC<br>*Also filed in Case No. 25-cv-00440-EMC*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Petitioner Robert Barroca, pro se, seeks an order allowing him to take a deposition to perpetuate testimony under Rule 27 of the Federal Rules of Civil Procedure, in order to identify and thereafter sue a Hayward Area Recreation and Parks District (HARD) employee who allegedly retaliated against Barroca by calling a property manager and seeking to persuade him to ban Barroca from a particular property. As noted in Barroca's Petition, ECF No. 1, ¶ 3, Barroca has a pending civil case against HARD and other defendants, and the implication of the Petition is that Barroca believes the call was made in retaliation for his filing that case.

This miscellaneous action is therefore REFERRED, sua sponte, to the Honorable Edward Chen under Civil Local Rule 3-12(c) to determine whether it is related to Barroca's civil case, No. 25-cv-00440. Any party may file a response in support of or opposition to finding the cases related no later than August 4, 2025. *See* Civ. L.R. 3-2(c); 3-12(e); 7-11(b).

**IT IS SO ORDERED.**

Dated: July 31, 2025

LISA J. CISNEROS
United States Magistrate Judge