1

Robert Barroca, et., al., Plaintiff
2402 Buena Vista Ave.
Belmont, CA. 94002
In Pro Se

**FILED**

**OCT 01 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Robert Barroca, Raelynn Gomes,
Plaintiff's

Case No.#3:25-CV-00440-EMC

Motion And Request For Extension
Of Time To File Second Amended
Complaint.

Vs.

HAYWARD AREA RECREATION AND PARKS
DISTRICT, et., al.

_____/

On <u>September 16, 2025</u>, the District Court granted Plaintiffs motion and request to amend the operative complaint to include retaliation claims by defendants HARD, doc.#81. The Court ordered the Amended Complaint to be filed by <u>October 2, 2025</u>, see id.

On <u>September 18, 2025</u> Plaintiff was involved in an automobile accident from which he was struck on the side of the vehicle he was driving while on the freeway and traveling at high freeway speeds. The impact of the vehicle almost caused Plaintiff's vehicle to flip, tilting up on 2 wheels then slamming back down onto all 4. When Plaintiff's vehicle slammed back down the driver's side window struck Plaintiff in the head. Over the next few days Plaintiff experienced nausea, dizziness, lack of or incapable of concentration and severe pain. Plaintiff went to urgent care and was then diagnosed with a concussion and whiplash on <u>September 22, 2025</u>. The

doctor ordered Plaintiff to completely rest and explained how to heal from a concussion. The doctor also provided a chrono/Memo for work purposes. See attached. [1]

Accordingly, because of Plaintiffs injuries, Plaintiff has not been physically capable of complying with the due date to prepare and file the second amended complaint. Plaintiff therefore requests a 2 week extension of time in order to do so.

I, Robert Barroca, declare under penalty of perjury the foregoing is true and correct, 28 U.S.C. 1746.

Respectfully Submitted:

Robert Barroca
Dated: September 30, 2025

---

[1] Plaintiff was found to be not at fault of the accident. The vehicle that struck Plaintiff did so while trying to pass plaintiff while merging into plaintiffs lane then striking the front of Plaintiff's vehicle with the left rear of the other vehicle. The driver then fled, hit and run. CHP has thus recently found the driver and charged him with hit and run.



UCSF Health     GoHealth.

# URGENT CARE

**GoHealth California Locations:**

GoHealth Urgent Care Castro

GoHealth Urgent Care Cole Valley

GoHealth Urgent Care Daly City

GoHealth Urgent Care Glen Park

GoHealth Urgent Care Lombard
GoHealth Primary Care Lombard

GoHealth Urgent Care Pacific Heights

GoHealth Urgent Care Mill Valley
GoHealth Peds Mill Valley

GoHealth Urgent Care North Beach

GoHealth Urgent Care Piedmont
GoHealth Peds Piedmont

GoHealth Urgent Care Redwood City
GoHealth Peds Redwood City

GoHealth Urgent Care San Bruno

GoHealth Urgent Care Valencia

GoHealth Urgent Care West Portal

**UCSF Health - GoHealth Urgent Care**
830 JEFFERSON AVE
REDWOOD CITY CA 94063-1804
Phone: 650-381-0616 | Fax: 650-381-0617

September 22, 2025

Patient:        **Robert Barroca**
Date of Birth:  **9/26/1964**
Date of Visit:  **9/22/2025**

To Whom It May Concern:

It is my medical opinion that Robert Barroca requires an extension of current work duties due to his current recovery from a concussion and whiplash. Please accommodate for his healthcare needs during this time.

Sincerely,

Sammy Cheuk, PA

Electronically signed by Sammy Cheuk, PA on 9/22/2025, 8:07 PM

CC: